**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7473

VENTURA GARCIA OLVERA,

Plaintiff - Appellant,

versus

UNITED STATES MARSHALS SERVICE; MCDOWELL
COUNTY DETENTION FACILITY,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Graham C. Mullen, Senior
District Judge.  (1:06-cv-00207)

Submitted: December 14, 2006      Decided:  December 21, 2006

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ventura Garcia Olvera, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ventura Garcia Olvera appeals the district court's order denying relief on his complaint filed pursuant to 42 U.S.C. § 1983 (2000) and <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Olvera v. United States Marshals Service</u>, No. 1:06-cv-00207 (W.D.N.C., July 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>